

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00343-CR

## IN RE PHILIP CAMERON CARTER

### Original Proceeding

### From the 278th District Court
### Madison County, Texas
### Trial Court No. 13,690

## MEMORANDUM OPINION

Relator's Original Petition for Writ of Mandamus, filed on December 20, 2021, is

denied.  Relator's Motion for Emergency Temporary Relief is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Motion dismissed
Opinion delivered and filed December 21, 2021
Do not publish
[OT06]

